JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| SHARVON EDWARD FREDRICK, | ) | No. CV 12-04487-VBK |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| TIM V. VIGRA, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 28, 2013            VICTOR B. KENTON
                                VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE